

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Motor Credit Corporation | **Order Filed on March 26, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Caresse Patty Ann Hueck, Marc Rober Hueck,<br><br>Debtors. | Case No.:  19-12542 VFP<br>Adv. No.:<br>Hearing Date: ~~4/4/19 @ 8:30 a.m.~~<br><br>Judge:  Vincent F. Papalia |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

 **DATED: March 26, 2019**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

Page 2

Debtors:              Caresse Patty Ann Hueck, Marc Rober Hueck

Case No.:             19-12542 VFP

Caption:              **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Corporation, holder of a mortgage on property known as 2015 Toyota Camry Se, VIN: 4T1BF1FK3FU107742, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Leonard S. Singer, Esquire, attorney for Debtors, Caresse Patty Ann Hueck and Marc Rober Hueck, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.