Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marc Robert Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Caresse Patty Ann Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Social Security No.:
xxx−xx−0002
xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/06/2019 and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 04/18/2019 and a confirmation hearing on the Modified Plan is scheduled for 6/6/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 18, 2019
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Marc Robert Hueck
Caresse Patty Ann Hueck
    Debtors

Case No. 19-12542-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 18, 2019
                       Form ID: 186     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db/jdb         +Marc Robert Hueck,   Caresse Patty Ann Hueck,   38 Overlook Avenue,
                 Little Falls, NJ 07424-1966
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
518014746      +American Express Correspondence,   PO Box 981540,   El Paso, TX 79998-1540
518070208       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518014747     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79908)
518065767      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518014748      +Berry Owens Center,   1150 St. Nicolas Avenue,   New York, NY 10032-3822
518014749       Brendan P. Sullivan MD FaCC LL,   Attn: 14595K,   PO Box 14000,   Belfast, ME 04915-4033
518014751      +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
518014752      +Citibank North America,   PO Box 790040,   Saint Louis, MO 63179-0040
518189217      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
518014753      +Citibank/Best Buy,   PO Box 790040,   Saint Louis, MO 63179-0040
518014754      +Citibank/Sears,   P.O. Box 790040,   Saint Louis, MO 63179-0040
518014755      +GC Services Limited Partnership,   PO Box 3855,   Houston, TX 77253-3855
518164988      +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe LA 71203-4774
518014758      +North Jersey Pathology,   P.O.Box 144333,   Orlando, FL 32814-4333
518014759      +St Josephs Medical Center,   PO Box 532866,   New York, NY 10087-0001
518014764     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   P.O. Box 8026,
                 Cedar Rapids, IA 52408)
518014763      +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
518071536      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518014766      +Wells Fargo,   PO Box 14411,   Des Moines, IA 50306-3411
518014765      +Wells Fargo,   PO Box 31557,   Billings, MT 59107-1557
518187566       Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700
518188812       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:48
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518046980       E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2019 00:39:24      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518014750      +E-mail/Text: cms-bk@cms-collect.com Apr 19 2019 00:40:10      Capital Management Service, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
518014756      +E-mail/Text: csocha@greateralliance.org Apr 19 2019 00:41:36
                 Greater Alliance Federal Credit Union,   40 West Century Road,   Paramus, NJ 07652-1454
518070617       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 00:46:34      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518014757       E-mail/Text: bknotices@mbandw.com Apr 19 2019 00:41:04      McCarthy, Burgess & Wolff,
                 2600 Cannon Road,   Bedford, OH 44146
518177994       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:47:29
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518186125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:46:58
                 Portfolio Recovery Associates, LLC,   c/o Jc Penney,   POB 41067,   Norfolk VA 23541
518177998       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:46:28
                 Portfolio Recovery Associates, LLC,   c/o Sears Card,   POB 41067,   Norfolk VA 23541
518168049       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:58:13
                 Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
518177993       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:47:30
                 Portfolio Recovery Associates, LLC,   c/o Toysrus,   POB 41067,   Norfolk VA 23541
518014760      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:20      Synbc/Toysrusdc,
                 ATTN: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
518016117      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518014761      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:19      Synchrony Bank/ Care Credit,
                 PO Box 965064,   Orlando, FL 32896-5064
518014762      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:19      Synchrony Bank/ JCPennys,
                 PO Box 965064,   Orlando, FL 32896-5064
                                                                                               TOTAL: 17
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 18, 2019
                              Form ID: 186             Total Noticed: 41

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518188640*    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey  Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Robert  Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```