**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

☒ 0  Valuation of Security    ☒ 0  Assumption of Executory Contract or Unexpired Lease    ☒ 0  Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:   
MARC R. HUECK and   
CARESSE P. HUECK,   

Debtor(s)

Case No.: 19-12542

Judge: Vincent F. Papalia

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: April 4, 2019

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __LSS__    Initial Debtor: __MH__    Initial Co-Debtor: __CH__

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ __527.57__ per __month__ to the Chapter 13 Trustee, starting on __April 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| JP MORGAN CHASE | REAL ESTATE | $ 1,468.49 | | ARREARS | $ 2,472.00 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Wells Fargo | Real Estate | $ 68,876.00 | $ 259,000.00 | $ 279,718.00 | $ 0.00 | | $ 0.00 |
| Wells Fargo | Real Estate | $ 33,445.00 | $ 259,000.00 | $ 279,718.00 | $ 0.00 | | $ 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

ALLY CAPITAL (2016 CHEVROLET TRAVERSE)

TOYOTA MOTOR CREDIT CORPORATION (2015 TOYOTA CAMRY)

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|   |   |   |   |   |

## Part 7:   Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Wells Fargo | Real Estate | $ 68,876.00 | $ 259,000.00 | $ 279,718.00 | $ 0.00 | $ 0.00 |
| Wells Fargo | Real Estate | $ 33,445.00 | $ 259,000.00 | $ 279,718.00 | $ 0.00 | $ 0.00 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☒ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: February 5, 2019 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| ADDING SECURED CREDITORS TO BE UNAFFECTED BY THE PLAN AND SECURED CREDITOR.<br><br>ADDING SECURED CREDITOR CURING DEFAULT AND MAINTAINING PAYMENTS ON PRINCIPAL RESIDENCE. | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: April 4, 2019                           /s/ Marc Hueck
                                              Debtor

Date: April 4, 2019                           /s/ Caresse Hueck
                                              Joint Debtor

Date: April 4, 2019                           /s/ Leonard S. Singer
                                              Attorney for Debtor(s)

```
                                 United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                    Case No. 19-12542-VFP
Marc Robert Hueck                                                         Chapter 13
Caresse Patty Ann Hueck
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                   Date Rcvd: Apr 18, 2019
                               Form ID: pdf901              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,
                 Little Falls, NJ 07424-1966
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
518014746      +American Express Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
518070208       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518014747     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79908)
518065767      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518014748      +Berry Owens Center,    1150 St. Nicolas Avenue,    New York, NY 10032-3822
518014749       Brendan P. Sullivan MD FaCC LL,    Attn: 14595K,    PO Box 14000,   Belfast, ME 04915-4033
518014751      +Chase Mortgage,    PO Box 24696,   Columbus, OH 43224-0696
518014752      +Citibank North America,    PO Box 790040,   Saint Louis, MO 63179-0040
518189217      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518014753      +Citibank/Best Buy,    PO Box 790040,   Saint Louis, MO 63179-0040
518014754      +Citibank/Sears,    P.O. Box 790040,   Saint Louis, MO 63179-0040
518014755      +GC Services Limited Partnership,    PO Box 3855,    Houston, TX 77253-3855
518164988      +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe LA 71203-4774
518014758      +North Jersey Pathology,    P.O.Box 144333,   Orlando, FL 32814-4333
518014759      +St Josephs Medical Center,    PO Box 532866,    New York, NY 10087-0001
518014764     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52408)
518014763      +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
518071536      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518014766      +Wells Fargo,    PO Box 14411,   Des Moines, IA 50306-3411
518014765      +Wells Fargo,    PO Box 31557,   Billings, MT 59107-1557
518187566       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
518188812       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:19
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518046980       E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2019 00:39:24      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518014750      +E-mail/Text: cms-bk@cms-collect.com Apr 19 2019 00:40:10      Capital Management Service, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518014756      +E-mail/Text: csocha@greateralliance.org Apr 19 2019 00:41:36
                 Greater Alliance Federal Credit Union,    40 West Century Road,   Paramus, NJ 07652-1454
518070617       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 00:47:00      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518014757       E-mail/Text: bknotices@mbandw.com Apr 19 2019 00:41:04      McCarthy, Burgess & Wolff,
                 2600 Cannon Road,    Bedford, OH 44146
518177994       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:46:57
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518186125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:47:29
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,   POB 41067,   Norfolk VA 23541
518177998       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:58:05
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,   POB 41067,   Norfolk VA 23541
518168049       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:46:28
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
518177993       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 00:47:29
                 Portfolio Recovery Associates, LLC,    c/o Toysrus,   POB 41067,   Norfolk VA 23541
518014760      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:47:18      Synbc/Toysrusdc,
                 ATTN: Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
518016117      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518014761      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:48      Synchrony Bank/ Care Credit,
                 PO Box 965064,    Orlando, FL 32896-5064
518014762      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 00:46:48      Synchrony Bank/ JCPennys,
                 PO Box 965064,    Orlando, FL 32896-5064
                                                                                               TOTAL: 17
```

```
District/off: 0312-2             User: admin                  Page 2 of 2                  Date Rcvd: Apr 18, 2019
                                 Form ID: pdf901              Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
518188640*    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey   Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert   Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```