| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>821726<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: JPMorgan Chase Bank, National Association** | Order Filed on June 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARC ROBERT HUECK A/K/A MARC HUECK<br>CARESSE PATTY ANN HUECK A/K/A CARESSE HUECK | Case No: 19-12542 - VFP<br><br>Hearing Date: 06/06/2019<br><br>Judge:  Vincent F. Papalia |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**NJID 821726**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>**Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| MARC ROBERT HUECK A/K/A MARC HUECK | CASE NO. 19-12542 - VFP |
| CARESSE PATTY ANN HUECK A/K/A CARESSE HUECK | CHAPTER 13 |
| | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| Debtors | HEARING DATE: 06/06/2019 |

This Order pertains to the property located at 38 OVERLOOK AVENUE, LITTLE FALLS, NJ 07424-1966, mortgage account ending with "9320";

THIS MATTER having been brought before the Court by, Leonard Singer, Esquire attorney for debtors, Marc Robert Hueck and Caresse Patty Ann Hueck upon the filing of a Chapter 13 Plan, JPMorgan Chase Bank, National Association by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. The debtors plan is hereby amended to allow **$3,336.79** to be paid to JPMorgan Chase Bank, National Association. Said amount reflects that found on JPMorgan Chase Bank, National Association's Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMorgan Chase Bank, National Association's allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.