UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

821726
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: JPMorgan Chase Bank, National Association**

In Re:

MARC ROBERT HUECK A/K/A MARC HUECK
CARESSE PATTY ANN HUECK A/K/A CARESSE HUECK

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 19-12542 - VFP

Hearing Date: 06/06/2019

Judge: Vincent F. Papalia

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 24, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**NJID 821726**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| MARC ROBERT HUECK A/K/A MARC HUECK | CASE NO. 19-12542 - VFP |
| CARESSE PATTY ANN HUECK A/K/A CARESSE HUECK | CHAPTER 13 |
| | ORDER RESOLVING OBJECTION TO CONFIRMATION |
| Debtors | HEARING DATE: 06/06/2019 |

This Order pertains to the property located at 38 OVERLOOK AVENUE, LITTLE FALLS, NJ 07424-1966, mortgage account ending with "9320";

THIS MATTER having been brought before the Court by, Leonard Singer, Esquire attorney for debtors, Marc Robert Hueck and Caresse Patty Ann Hueck upon the filing of a Chapter 13 Plan, JPMorgan Chase Bank, National Association by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. The debtors plan is hereby amended to allow **$3,336.79** to be paid to JPMorgan Chase Bank, National Association. Said amount reflects that found on JPMorgan Chase Bank, National Association's Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in JPMorgan Chase Bank, National Association's allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Marc Robert Hueck  
Caresse Patty Ann Hueck  
    Debtors

Case No. 19-12542-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db/jdb          +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,
                Little Falls, NJ 07424-1966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
         njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
         r57125@notify.bestcase.com
         Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
         r57125@notify.bestcase.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         nj.bkecf@fedphe.com
         Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 10