| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 19-025650<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on March 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| IN RE:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK, DEBTORS | CASE NO.: 19-12542-VFP<br><br>JUDGE: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## CONSENT ORDER IMPOSING THE AUTOMATIC STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: March 24, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the Objection of SHAPIRO & DeNARDO, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," regarding the Debtor's Motion to Extend the Automatic Stay and the attorney for the Debtor, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The Debtor's motion is granted with respect the automatic stay imposed under 11 U.S.C. §362(a) to all Creditors for the duration of the Chapter 13 bankruptcy pending further order from the Court.

2. In the event the current case dismisses or the Debtor fails to complete the Chapter 13 Plan and receive a discharge, Secured Creditor shall be awarded prospective in rem relief from the automatic stay for two (2) years from the date of entry of this Order; with regard to the subject property located at 38 Overlook Avenue, Little Falls, NJ 07424.

3. Secured Creditor agrees this Order resolves the Objection to Debtor's Motion to Extend the Automatic Stay filed on August 6, 2019; EFC Doc: 36.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

Date: 03/20/2020

_____
Leonard Singer, Esquire
Attorney for the Debtors

Date: 3-20-2020