| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br><br>WNI 19-025650<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on March 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| IN RE:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK, DEBTORS | CASE NO.: 19-12542-VFP<br><br>JUDGE: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## CONSENT ORDER IMPOSING THE AUTOMATIC STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: March 24, 2020

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the Objection of SHAPIRO & DeNARDO, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor," regarding the Debtor's Motion to Extend the Automatic Stay and the attorney for the Debtor, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The Debtor's motion is granted with respect the automatic stay imposed under 11 U.S.C. §362(a) to all Creditors for the duration of the Chapter 13 bankruptcy pending further order from the Court.

2. In the event the current case dismisses or the Debtor fails to complete the Chapter 13 Plan and receive a discharge, Secured Creditor shall be awarded prospective in rem relief from the automatic stay for two (2) years from the date of entry of this Order; with regard to the subject property located at 38 Overlook Avenue, Little Falls, NJ 07424.

3. Secured Creditor agrees this Order resolves the Objection to Debtor's Motion to Extend the Automatic Stay filed on August 6, 2019; EFC Doc: 36.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/ Charles G. Wohlrab                                              Date: 03/20/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

                                                                    Date: 3-20-2020
Leonard Singer, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Marc Robert Hueck  
Caresse Patty Ann Hueck  
    Debtors

Case No. 19-12542-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 25, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.  
db/jdb        +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,  
               Little Falls, NJ 07424-1966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
       Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
       Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                               TOTAL: 10