Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marc Robert Hueck                           Caresse Patty Ann Hueck
38 Overlook Avenue                          38 Overlook Avenue
Little Falls, NJ 07424                      Little Falls, NJ 07424

Social Security No.:
   xxx−xx−0002                              xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/16/20 at 10:00 AM

to consider and act upon the following:

*34* – Motion re: To Extend the Automatic Stay Pursuant to 11 U.S.C. 362(c)(3) Filed by Leonard S Singer on behalf of Caresse Patty Ann Hueck, Marc Robert Hueck. Hearing scheduled for 8/15/2019 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Proposed Order # 2 Certification) (Singer, Leonard)

Dated: 6/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court