Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marc Robert Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Caresse Patty Ann Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Social Security No.:
xxx−xx−0002                                                xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/16/20 at 10:00 AM

to consider and act upon the following:

*34* − Motion re: To Extend the Automatic Stay Pursuant to 11 U.S.C. 362(c)(3) Filed by Leonard S Singer on behalf of Caresse Patty Ann Hueck, Marc Robert Hueck. Hearing scheduled for 8/15/2019 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Proposed Order # 2 Certification) (Singer, Leonard)

Dated: 6/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                          Case No. 19-12542-VFP
Marc Robert Hueck                                               Chapter 13
Caresse Patty Ann Hueck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Jun 15, 2020
                               Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db/jdb         +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,
                 Little Falls, NJ 07424-1966
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2020 00:58:35
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com,
               njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11