| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  19-12542 |
| IN RE:<br>    MARC ROBERT HUECK<br>    CARESSE PATTY ANN HUECK | Hearing Date:  09/03/2020 |
| | Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 8, 2020

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  MARC ROBERT HUECK
            CARESSE PATTY ANN HUECK

Case No.: 19-12542VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/03/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/3/2020 of the plan filed on 04/18/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/17/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Marc Robert Hueck  
Caresse Patty Ann Hueck  
    Debtors

Case No. 19-12542-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 08, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.  
db/jdb          +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,    Little Falls, NJ 07424-1966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com  
         Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
         Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
         Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
         Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 11