Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marc Robert Hueck | Caresse Patty Ann Hueck |
| 38 Overlook Avenue | 38 Overlook Avenue |
| Little Falls, NJ 07424 | Little Falls, NJ 07424 |

Social Security No.:
   xxx−xx−0002                                           xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/6/19 and a confirmation hearing on such Plan has been scheduled for 9/3/20.

The debtor filed a Modified Plan on 9/17/20 and a confirmation hearing on the Modified Plan is scheduled for 11/5/20. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 18, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 19-12542-VFP
Marc Robert Hueck                                                 Chapter 13
Caresse Patty Ann Hueck
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 18, 2020
                              Form ID: 186                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb         +Marc Robert Hueck,    Caresse Patty Ann Hueck,    38 Overlook Avenue,
                 Little Falls, NJ 07424-1966
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
518014746      +American Express Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
518070208       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518014747     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79908)
518065767      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518014748      +Berry Owens Center,    1150 St. Nicolas Avenue,    New York, NY 10032-3822
518014749       Brendan P. Sullivan MD FaCC LL,    Attn: 14595K,    PO Box 14000,   Belfast, ME 04915-4033
518014752      +Citibank North America,   PO Box 790040,    Saint Louis, MO 63179-0040
518189217      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518014753      +Citibank/Best Buy,   PO Box 790040,    Saint Louis, MO 63179-0040
518014754      +Citibank/Sears,    P.O. Box 790040,   Saint Louis, MO 63179-0040
518014755      +GC Services Limited Partnership,    PO Box 3855,    Houston, TX 77253-3855
518014758      +North Jersey Pathology,    P.O.Box 144333,    Orlando, FL 32814-4333
518014759      +St Josephs Medical Center,    PO Box 532866,    New York, NY 10087-0001
518014764     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,     P.O. Box 8026,
                 Cedar Rapids, IA 52408)
518014763      +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
518071536      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518014766      +Wells Fargo,   PO Box 14411,    Des Moines, IA 50306-3411
518014765      +Wells Fargo,   PO Box 31557,    Billings, MT 59107-1557
518187566       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
518188812       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2020 02:01:11      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2020 02:01:06       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 02:04:06
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518046980       E-mail/Text: ally@ebn.phinsolutions.com Sep 19 2020 01:59:50      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518014750      +E-mail/Text: cms-bk@cms-collect.com Sep 19 2020 02:00:47      Capital Management Service, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518014756      +E-mail/Text: csocha@greateralliance.org Sep 19 2020 02:02:07
                 Greater Alliance Federal Credit Union,    40 West Century Road,    Paramus, NJ 07652-1454
518014751       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 19 2020 02:03:30       Chase Mortgage,
                 PO Box 24696,   Columbus, OH 43224
518164988       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 19 2020 02:04:10
                 JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,    Monroe LA 71203
518070617       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2020 02:14:58       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518014757       E-mail/Text: bknotices@mbandw.com Sep 19 2020 02:01:36      McCarthy, Burgess & Wolff,
                 2600 Cannon Road,   Bedford, OH 44146
518177994       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 02:04:20
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,   Norfolk VA 23541
518186125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 02:03:40
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,   Norfolk VA 23541
518177998       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 02:02:54
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,   Norfolk VA 23541
518168049       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 02:03:41
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,   Norfolk VA 23541
518177993       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2020 02:03:40
                 Portfolio Recovery Associates, LLC,    c/o Toysrus,    POB 41067,   Norfolk VA 23541
518014760      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 02:03:26      Synbc/Toysrusdc,
                 ATTN: Bankruptcy,   PO Box 103104,    Roswell, GA 30076-9104
518016117      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 02:02:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518014761      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 02:04:06      Synchrony Bank/ Care Credit,
                 PO Box 965064,   Orlando, FL 32896-5064
518014762      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2020 02:04:06      Synchrony Bank/ JCPennys,
                 PO Box 965064,   Orlando, FL 32896-5064
```

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Sep 18, 2020
                              Form ID: 186             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
TOTAL: 19

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
518188640*    Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
              1000 Blue Gentian Road,   Eagan MN 55121-7700
                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:

```
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
          njbankruptcynotifications@logs.com
         Jeffrey Rappaport    on behalf of Creditor    WELLS FARGO BANK, N.A. jrappaport@logs.com,
          njbankruptcynotifications@logs.com
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Leonard S Singer    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com,
          r57125@notify.bestcase.com
         Leonard S Singer    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com,
          r57125@notify.bestcase.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com
         Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
         Robert Davidow    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 11
```