Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12542−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc Robert Hueck                                    Caresse Patty Ann Hueck
   38 Overlook Avenue                                 38 Overlook Avenue
   Little Falls, NJ 07424                              Little Falls, NJ 07424

Social Security No.:
   xxx−xx−0002                                           xxx−xx−1338

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2020.

Dated: December 4, 2020
JAN: mcp

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 19-12542-VFP

Marc Robert Hueck                                                                                         Chapter 13

Caresse Patty Ann Hueck

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518014746 | + | American Express Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 518070208 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518014747 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79908 |
| 518065767 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518014748 | + | Berry Owens Center, 1150 St. Nicolas Avenue, New York, NY 10032-3822 |
| 518014749 | | Brendan P. Sullivan MD FaCC LL, Attn: 14595K, PO Box 14000, Belfast, ME 04915-4033 |
| 518014752 | + | Citibank North America, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518189217 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518014753 | + | Citibank/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518014754 | + | Citibank/Sears, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 518014755 | + | GC Services Limited Partnership, PO Box 3855, Houston, TX 77253-3855 |
| 518014758 | + | North Jersey Pathology, P.O.Box 144333, Orlando, FL 32814-4333 |
| 518014759 | + | St Josephs Medical Center, PO Box 532866, New York, NY 10087-0001 |
| 518014764 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 518014763 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518071536 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518014766 | + | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 518014765 | + | Wells Fargo, PO Box 31557, Billings, MT 59107-1557 |
| 518187566 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518188812 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:16:17 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518046980 | | Email/Text: ally@ebn.phinsolutions.com | Dec 04 2020 22:30:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518014750 | + | Email/Text: cms-bk@cms-collect.com | Dec 04 2020 22:32:00 | Capital Management Service, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 518014756 | + | Email/Text: csocha@greateralliance.org | | |

Case 19-12542-VFP    Doc 67    Filed 12/06/20    Entered 12/07/20 00:18:48    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 04 2020 22:34:00 | Greater Alliance Federal Credit Union, 40 West Century Road, Paramus, NJ 07652-1454 |
| 518014751 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 05 2020 01:25:15 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 518164988 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 05 2020 01:16:53 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518070617 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2020 01:18:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518014757 | | Email/Text: bknotices@mbandw.com | Dec 04 2020 22:34:00 | McCarthy, Burgess & Wolff, 2600 Cannon Road, Bedford, OH 44146 |
| 518177994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:26:09 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518186125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:17:41 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518177998 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:35:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518168049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:35:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 518177993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2020 01:26:10 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 518014760 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:40 | Synbc/Toysrusdc, ATTN: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518016117 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518014761 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:42 | Synchrony Bank/ Care Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 518014762 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:42 | Synchrony Bank/ JCPennys, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518188640 | * | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 41 |

Date: Dec 06, 2020         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com

Jeffrey Rappaport
on behalf of Creditor WELLS FARGO BANK N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kathleen M. Magoon
on behalf of Creditor WELLS FARGO BANK N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Leonard S Singer
on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com

Leonard S Singer
on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor JPMorgan Chase Bank National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Nicholas V. Rogers
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Phillip Andrew Raymond
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert Davidow
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Sherri Jennifer Smith
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION ssmith@pincuslaw.com, nj.bkecf@fedphe.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15