Phillip A. Raymond, Esq.
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



Order Filed on May 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: <br><br> Marc Robert Hueck, <br> Caresse Patty Ann Hueck, <br><br><br> Debtors. | Chapter 13 <br><br> Case No. 19-12542-VFP <br><br> Hearing Date: <br><br> Judge: Vincent F. Papalia |
|---|---|

## ORDER AUTHORIZING MOVANT AND DEBTORS TO ENTER INTO DEFERRAL AGREEMENT

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: May 26, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:             Marc Robert Hueck and Caresse Patty Ann Hueck
Case No.:           19-12542-VFP
Caption of Order:   **ORDER AUTHORIZING MOVANT AND DEBTORS TO ENTER INTO DEFERRAL AGREEMENT**

---

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, National Association ("Movant") for an Order authorizing Marc Robert Hueck and Caresse Patty Ann Hueck (collectively, the "Debtors") to enter into a deferral agreement (the "Deferral Agreement") with respect the property located at 38 Overlook Ave, Little Falls, New Jersey 07424 and subject to a lien held by Movant, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Movant and Debtors are authorized to enter into the Deferral Agreement.