**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   MARC ROBERT HUECK
   CARESSE PATTY ANN HUECK

**Order Filed on June 21, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  19-12542 VFP**

**Hearing Date:  6/17/2021**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MARC ROBERT HUECK
           CARESSE PATTY ANN HUECK

Case No.: 19-12542

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 06/17/2021 on notice to LEONARD S. SINGER,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 7/7/2021 or the case will be dismissed; and it is

  further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-12542-VFP

Marc Robert Hueck                                                                   Chapter 13

Caresse Patty Ann Hueck

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

**Recip ID                    Recipient Name and Address**
db/jdb                     +  Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
                        on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                        on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jeffrey Rappaport
                        on behalf of Creditor WELLS FARGO BANK  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kathleen M Magoon
                        on behalf of Creditor WELLS FARGO BANK  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald
                        on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Leonard S Singer
                        on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com  r57125@notify.bestcase.com

District/off: 0312-2                              User: admin                                          Page 2 of 2
Date Rcvd: Jun 21, 2021                          Form ID: pdf903                                     Total Noticed: 1

Leonard S Singer
                    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com  r57125@notify.bestcase.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Melissa N. Licker
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

Melissa N. Licker
                    on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

Nicholas V. Rogers
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Phillip Andrew Raymond
                    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14