| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 19-025504<br><br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | |
| In Re:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br><br>DEBTORS | Case No.: 19-12542-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

The undersigned, Shapiro & DeNardo, LLC, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on Debtors' property located at 38 Overlook Avenue, Little Falls, NJ 07424, hereby objects to the Confirmation of the Debtors' proposed Modified Chapter 13 Plan, ECF # 86, on the following grounds:

1) Debtors' proposed Modified Chapter 13 Plan does not provide for the curing of the full amount of the mortgage arrearage accrued at the time of the Bankruptcy filing to Secured Creditor. Debtors' Plan proposes to pay Secured Creditor $0.00. Secured Creditor is owed pre-petition arrearage in the amount of $1,840.86.

2) Debtors' proposed Modified Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

3) Debtor's Proposed Chapter 13 Plan does not specifically state the amount of the ongoing monthly post-petition payments, which are currently $102.27. Secured Creditor requires full monthly post-petition payments owed to Secured Creditor under the terms of the Note and Mortgage.

    4)      Further, the Plan does not include this objecting Secured Creditor under any section of the Debtor's Bankruptcy Plan.

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Confirmation of Debtors' Modified Chapter 13 Plan be denied, and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

    LOGS LEGAL GROUP LLP

    By: /s/Kathleen M. Magoon
        Kathleen M. Magoon - 040682010
        Elizabeth L. Wassall - 023211995

Dated: July 10, 2021

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 19-025504<br><br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | |
| In Re:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br><br>DEBTORS | Case No.: 19-12542-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, _Ryan Cartrette_ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                    Signature

Dated:  07/12/2021                                  /s/ Ryan Cartrette
                                                                    Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Leonard Singer<br>36 Mountain View Blvd.<br>Wayne, NJ 07470 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marc Robert Hueck and Caresse Patty Ann Hueck Debtors<br>38 Overlook Avenue<br>Little Falls, NJ 07424 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.