| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| ZAZELLA & SINGER, ESQS.<br>195 route 46 West, Suite 3<br>Totowa, New Jersey 07512<br>(973) 696-1700 Telephone<br>(973) 696-3228 Telefax<br>*Attorney for Debtors*<br>LSS 7914 | Order Filed on September 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>MARC HUECK and CARESSE HUECK,<br><br>Debtors. | CASE NO:  19-12542<br><br>CHAPTER  13<br><br>JUDGE:  VINCENT F. PAPALIA |

**ORDER VACATING ORDER OF JULY 14, 2021 AND EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Zazella & Singer, Esq., Attorney for the Debtors, and for good cause shown, it is

**ORDERED** that the Order of July 14, 2021 is hereby Vacated, and the Automatic Stay is reinstated as to Wells Fargo.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve Wells Fargo and its counsel and any party that filed a Notice of Appearance with a copy of this Order and immediately thereafter file Local Form Certification of Service.