| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**ZAZELLA & SINGER, ESQS.**<br>**195 route 46 West, Suite 3**<br>**Totowa, New Jersey 07512**<br>**(973) 696-1700 Telephone**<br>**(973) 696-3228 Telefax**<br>*Attorney for Debtors*<br>**LSS 7914** | |
| **IN RE:**<br><br>**MARC HUECK and CARESSE HUECK,**<br><br>Debtors. | **CASE NO: 19-12542**<br><br>**CHAPTER 13**<br><br>**JUDGE: VINCENT F. PAPALIA** |

Order Filed on September 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING ORDER OF JULY 14, 2021 AND EXTENDING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Zazella & Singer, Esq., Attorney for the Debtors, and for good cause shown, it is

**ORDERED** that the Order of July 14, 2021 is hereby Vacated, and the Automatic Stay is reinstated as to Wells Fargo.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve Wells Fargo and its counsel and any party that filed a Notice of Appearance with a copy of this Order and immediately thereafter file Local Form Certification of Service.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-12542-VFP |
| Marc Robert Hueck | Chapter 13 |
| Caresse Patty Ann Hueck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor WELLS FARGO BANK  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Leonard S Singer | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Leonard S Singer | |
| | on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Melissa N. Licker | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Nicholas V. Rogers | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14