**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    MARC ROBERT HUECK
    CARESSE PATTY ANN HUECK

Order Filed on October 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-12542**

**Hearing Date:  10/07/2021**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  MARC ROBERT HUECK
            CARESSE PATTY ANN HUECK

Case No.:  19-12542VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/07/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/7/2021 of the plan filed on 07/02/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/28/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.