| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WNI 19-025504<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on November 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br>                    DEBTORS | Case No.: 19-12542-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 19, 2021**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by Leonard Singer, attorney for the Debtor(s), upon filing of a Modified Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Modified Plan, and the parties having subsequently resolving their differences with regard to the Debtors' Modified Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 38 Overlook Avenue, Little Falls, NJ 07424.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $1,840.86; as evidenced in Secured Creditor's Proof of Claim 14-1 filed on April 17, 2019.

3. Debtor(s) agree to incorporate this amount, $1,840.86, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition arrearage, pursuant to the Consent Order entered on November 16, 2020; ECF Doc.:61.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $102.27 monthly, directly to Secured Creditor, as further outlined in the Consent Order entered on November 16, 2020; ECF Doc.:61.

5. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 4, 2021; ECF Doc.:103.

6. This Consent Order is hereby incorporated into Debtors' Modified Chapter 13 Plan; ECF Doc.:99.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

*/s/Elizabeth L. Wassall*                                      Date: __11-18-2021__
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


_____                       Date: __11-18-2021__
Leonard Singer, Esquire
Attorney for the Debtors