| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 19-025504<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on November 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br>DEBTORS | Case No.: 19-12542-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 19, 2021**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by Leonard Singer, attorney for the Debtor(s), upon filing of a Modified Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Modified Plan, and the parties having subsequently resolving their differences with regard to the Debtors' Modified Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 38 Overlook Avenue, Little Falls, NJ 07424.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $1,840.86; as evidenced in Secured Creditor's Proof of Claim 14-1 filed on April 17, 2019.

3. Debtor(s) agree to incorporate this amount, $1,840.86, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition arrearage, pursuant to the Consent Order entered on November 16, 2020; ECF Doc.:61.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $102.27 monthly, directly to Secured Creditor, as further outlined in the Consent Order entered on November 16, 2020; ECF Doc.:61.

5. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 4, 2021; ECF Doc.:103.

6. This Consent Order is hereby incorporated into Debtors' Modified Chapter 13 Plan; ECF Doc.:99.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                          Date: 11-18-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                                  Date: 11-18-2021
Leonard Singer, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                              Case No. 19-12542-VFP
Marc Robert Hueck                                                                                    Chapter 13
Caresse Patty Ann Hueck
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                        User: admin                                        Page 1 of 2
Date Rcvd: Nov 19, 2021                            Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

**Name**                            **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A.  ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jeffrey Rappaport
    on behalf of Creditor WELLS FARGO BANK  N.A.  jrappaport@logs.com, njbankruptcynotifications@logs.com

Kathleen M Magoon
    on behalf of Creditor WELLS FARGO BANK  N.A.  kmagoon@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation  kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Leonard S Singer

| | |
|---|---|
| Leonard S Singer | on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| | on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14