| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WNI 19-025650<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on May 2, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br><br>                    DEBTORS | Case No.: 19-12542-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 2, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter being opened to the Court by Leonard Singer, attorney for the Debtors, upon filing of a Modified Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. The Automatic Stay and all provisions of 11 U.S.C. §362(a) are hereby *temporarily reinstated* in full force *only until May 19, 2022*, after which time all provisions of the Order previously entered on May 12, 2021 as to the mortgage loan ending in "5414" will again control, and the Automatic Stay will again be deemed vacated, to permit the Secured Creditor to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Secured Creditor or alternatively to allow Secured Creditor to pursue alternatives to foreclosure upon the following:

_____ Land and premises commonly known as 38 Overlook Avenue, Little Falls, New Jersey 07424.

2. At the time of bankruptcy filing, Debtors owed Secured Creditor a total debt of $71,788.39; as evidenced in Secured Creditor's Amended Proof of Claim 13-2 filed on October 8, 2020 for the mortgage loan ending in "5414".

3. Debtors agree to tender a complete and total payoff of the mortgage loan, currently in the amount of $67,974.92, within ten (10) days of entry of this Consent Order, or by May 19, 2022, whichever date is sooner, directly to Secured Creditor *outside* the Chapter 13 Plan. The payoff funds to be mailed to: Wells Fargo Home Mortgage, Attn: Payoffs, MAC F2302-045, 1 Home Campus, Des Moines, IA 50328.

4. Secured Creditor shall file a satisfaction of claim with regard to its Amended Proof of Claim 13-2 only upon its receipt and clearance of the full above agreed payoff amount of $67,974.92.

5. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on November 5, 2021; ECF Doc.:104.

6. This Consent Order is hereby incorporated into Debtors' Modified Chapter 13 Plan, and any Order Modifying Chapter 13 Plan Post-Confirmation as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
_____          Date: 5-2-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____          Date: May 2, 2022
Leonard Singer, Esquire
Attorney for the Debtors