| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  19-12542 |
| IN RE:<br>    MARC ROBERT HUECK<br>    CARESSE PATTY ANN HUECK | Hearing Date:  06/01/2022 |
| | Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 6, 2022

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  MARC ROBERT HUECK
   CARESSE PATTY ANN HUECK

Case No.:  19-12542VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/01/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/1/2022 of the plan filed on 10/28/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/16/2022 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.