UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WNI 19-025650
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re: | Case No.: 19-12542-VFP |
| MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK, | Judge: HONORABLE VINCENT F. PAPALIA |
| DEBTORS | Chapter: 13 |

## WELLS FARGO BANK, N.A.'S NOTICE OF SATISFACTION OF AMENDED PROOF OF CLAIM 13-2

NOW COMES Creditor, Wells Fargo Bank, N.A., and hereby provides notice that the Amended Proof of Claim 13-2 filed on October 8, 2020, in the amount of $71,788.39 has been satisfied.

Dated: 6-2-2022

LOGS LEGAL GROUP LLP

By: */s/Elizabeth L. Wassall*
    Elizabeth L. Wassall, Esquire

File #19-025650

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WNI 19-025650
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re: | Case No.: 19-12542-VFP |
| MARC ROBERT HUECK AND CARESSE PATTY ANN HUECK,<br><br>DEBTORS | Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

I, _____ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Satisfaction of Amended Proof of Claim 13-2.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: 06/06/2022                         /s/Jacki York
                                          Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Leonard Singer<br>195 Route 46 West<br>Totowa, NJ 07512 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marc Robert Hueck and Caresse Patty Ann Hueck<br>38 Overlook Avenue<br>Little Falls, NJ 07424 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.