

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
   MARC ROBERT HUECK
   CARESSE PATTY ANN HUECK

Order Filed on June 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-12542**

**Hearing Date:  06/01/2022**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 6, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  MARC ROBERT HUECK
            CARESSE PATTY ANN HUECK

Case No.:  19-12542VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/01/2022 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/1/2022 of the plan filed on 10/28/2021, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/16/2022 or the case will be dismissed; and it is

further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-12542-VFP
Marc Robert Hueck                                                                          Chapter 13
Caresse Patty Ann Hueck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                   Page 1 of 2
Date Rcvd: Jun 06, 2022                               Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

**Recip ID                    Recipient Name and Address**
db/jdb             + Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

**Name                         Email Address**

Denise E. Carlon
                    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jeffrey Rappaport
                    on behalf of Creditor WELLS FARGO BANK  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kathleen M Magoon
                    on behalf of Creditor WELLS FARGO BANK  N.A. logsecf@logs.com, kathleenmagoon@gmail.com

Kevin Gordon McDonald
                    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Leonard S Singer
                    on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com  r57125@notify.bestcase.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 06, 2022                       Form ID: pdf903                                 Total Noticed: 1

Leonard S Singer
                    on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com  r57125@notify.bestcase.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Melissa N. Licker
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com,
                    HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
                    on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
                    HWBKnewyork@ecf.courtdrive.com

Nicholas V. Rogers
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Phillip Andrew Raymond
                    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com,
                    mccallaecf@ecf.courtdrive.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14