Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marc Robert Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Caresse Patty Ann Hueck
38 Overlook Avenue
Little Falls, NJ 07424

Social Security No.:
xxx−xx−0002

xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/6/2019 and a confirmation hearing on such Plan has been scheduled for 4/4/2019.

The debtor filed a Modified Plan on 6/13/2022 and a confirmation hearing on the Modified Plan is scheduled for 7/21/2022 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 14, 2022
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 19-12542-VFP

Marc Robert Hueck                                                                              Chapter 13

Caresse Patty Ann Hueck

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Jun 14, 2022 | Form ID: 186 | Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518014748 | + | Berry Owens Center, 1150 St. Nicolas Avenue, New York, NY 10032-3822 |
| 518014749 | | Brendan P. Sullivan MD FaCC LL, Attn: 14595K, PO Box 14000, Belfast, ME 04915-4033 |
| 518014758 | + | North Jersey Pathology, P.O.Box 144333, Orlando, FL 32814-4333 |
| 518014759 | + | St Josephs Medical Center, PO Box 532866, New York, NY 10087-0001 |
| 518014766 | + | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 518014765 | + | Wells Fargo, PO Box 31557, Billings, MT 59107-1557 |
| 518188812 | + | Wells Fargo Bank, N.A, N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |
| 518187566 | + | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 14 2022 20:48:18 | AIS Portfolio Services, LP, Attn: Ally Capital Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:48:10 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518046980 | | Email/Text: ally@ebn.phinsolutions.com | Jun 14 2022 20:44:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260292 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 14 2022 20:47:59 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518014746 | + | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 20:47:59 | American Express Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 518070208 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 20:48:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518014747 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2022 20:44:00 | Bank of America, PO Box 982235, El Paso, TX 79908 |
| 518065767 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 14 2022 20:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518014750 | + | Email/Text: cms-bk@cms-collect.com | Jun 14 2022 20:44:00 | Capital Management Service, LP, 698 1/2 South |

Case 19-12542-VFP    Doc 118    Filed 06/16/22    Entered 06/17/22 00:12:14    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 186 | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ogden Street, Buffalo, NY 14206-2317 |
| 518014752 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 20:48:42 | Citibank North America, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518189217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 20:48:04 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518014753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 20:48:26 | Citibank/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518014754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 20:48:04 | Citibank/Sears, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 518014755 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 14 2022 20:44:00 | GC Services Limited Partnership, PO Box 3855, Houston, TX 77253 |
| 518014756 | + | Email/Text: csocha@greateralliance.org | Jun 14 2022 20:45:00 | Greater Alliance Federal Credit Union, 40 West Century Road, Paramus, NJ 07652-1454 |
| 518014751 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2022 20:48:37 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 518164988 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2022 20:48:37 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518070617 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2022 20:48:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518014757 | | Email/Text: bknotices@mbandw.com | Jun 14 2022 20:45:00 | McCarthy, Burgess & Wolff, 2600 Cannon Road, Bedford, OH 44146 |
| 518177994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 20:48:02 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518186125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 20:48:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518177998 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 20:48:19 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518168049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 20:47:59 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 518177993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 20:47:59 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 518014760 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:48:08 | Synbc/Toysrusdc, ATTN: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518016117 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:47:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518014761 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:48:38 | Synchrony Bank/ Care Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 518014762 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:48:37 | Synchrony Bank/ JCPennys, PO Box 965064, Orlando, FL 32896-5064 |
| 518014764 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 14 2022 20:44:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 518014763 | + | Email/Text: bncmail@w-legal.com | Jun 14 2022 20:44:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518071536 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 14 2022 20:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 33

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 186 | Total Noticed: 43 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518188640 | *+ | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor WELLS FARGO BANK N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK N.A. logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Leonard S Singer | on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Leonard S Singer | on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 14, 2022 | Form ID: 186 | Total Noticed: 43

mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14