Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12542−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marc Robert Hueck | Caresse Patty Ann Hueck |
| 38 Overlook Avenue | 38 Overlook Avenue |
| Little Falls, NJ 07424 | Little Falls, NJ 07424 |

Social Security No.:
xxx−xx−0002                                                                xxx−xx−1338

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2022.

Dated: July 22, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-12542-VFP
Marc Robert Hueck                                                                         Chapter 13
Caresse Patty Ann Hueck
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 4
Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc Robert Hueck, Caresse Patty Ann Hueck, 38 Overlook Avenue, Little Falls, NJ 07424-1966 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518014748 | + | Berry Owens Center, 1150 St. Nicolas Avenue, New York, NY 10032-3822 |
| 518014749 |   | Brendan P. Sullivan MD FaCC LL, Attn: 14595K, PO Box 14000, Belfast, ME 04915-4033 |
| 518014758 | + | North Jersey Pathology, P.O.Box 144333, Orlando, FL 32814-4333 |
| 518014759 | + | St Josephs Medical Center, PO Box 532866, New York, NY 10087-0001 |
| 518014766 | + | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 518014765 | + | Wells Fargo, PO Box 31557, Billings, MT 59107-1557 |
| 518188812 | + | Wells Fargo Bank, N.A, N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |
| 518187566 | + | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 20:55:31 | AIS Portfolio Services, LP, Attn: Ally Capital Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:05 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518046980 | | Email/Text: ally@ebn.phinsolutions.com | Jul 22 2022 20:44:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260292 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2022 20:55:07 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518014746 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:12 | American Express Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 518070208 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518014747 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2022 20:44:00 | Bank of America, PO Box 982235, El Paso, TX 79908 |
| 518065767 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 22 2022 20:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518014750 | + | Email/Text: cms-bk@cms-collect.com | Jul 22 2022 20:45:00 | Capital Management Service, LP, 698 1/2 South |

Case 19-12542-VFP    Doc 123    Filed 07/24/22    Entered 07/25/22 00:14:11    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Ogden Street, Buffalo, NY 14206-2317 |
| 518014752 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 20:55:50 | Citibank North America, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518189217 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 20:55:34 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518014753 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 20:55:21 | Citibank/Best Buy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518014754 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 20:55:34 | Citibank/Sears, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 518014755 | Email/Text: GCSBankruptcy@gcserv.com | Jul 22 2022 20:44:00 | GC Services Limited Partnership, PO Box 3855, Houston, TX 77253 |
| 518014756 | + Email/Text: csocha@greateralliance.org | Jul 22 2022 20:45:00 | Greater Alliance Federal Credit Union, 40 West Century Road, Paramus, NJ 07652-1454 |
| 518014751 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 20:55:03 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 518164988 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 20:55:28 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518070617 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 20:55:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518014757 | Email/Text: bknotices@mbandw.com | Jul 22 2022 20:45:00 | McCarthy, Burgess & Wolff, 2600 Cannon Road, Bedford, OH 44146 |
| 518177994 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:45 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518186125 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:45 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518177998 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:11 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518168049 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:32 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 518177993 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:32 | Portfolio Recovery Associates, LLC, c/o Toysrus, POB 41067, Norfolk VA 23541 |
| 518014760 | + Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:43 | Synbc/Toysrusdc, ATTN: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518016117 | + Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518014761 | + Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:29 | Synchrony Bank/ Care Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 518014762 | + Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:43 | Synchrony Bank/ JCPennys, PO Box 965064, Orlando, FL 32896-5064 |
| 518014764 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 22 2022 20:45:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 518014763 | + Email/Text: bncmail@w-legal.com | Jul 22 2022 20:45:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518071536 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 22 2022 20:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518014766 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 22 2022 20:55:34 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 518188812 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 22 2022 20:55:35 | Wells Fargo Bank, N.A, N9286-01Y, PO BOX |

Case 19-12542-VFP    Doc 123    Filed 07/24/22    Entered 07/25/22 00:14:11    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| 518187566 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | 1629, Minneapolis, MN 55440-1629 |
|---|---|---|---|
| | | Jul 22 2022 20:55:21 | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518188640 | *+ | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor WELLS FARGO BANK  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK  N.A. logsecf@logs.com, kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Leonard S Singer | on behalf of Debtor Marc Robert Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Leonard S Singer | on behalf of Joint Debtor Caresse Patty Ann Hueck zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 43 |

    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14