Marie-Ann Greenberg, Trustee  
30 TWO BRIDGES ROAD  
SUITE 330  
FAIRFIELD, NJ  07004-1550  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 7, 2024

**Chapter 13 Case # 19-12542**

Re:   MARC ROBERT HUECK  
      CARESSE PATTY ANN HUECK  
      38 OVERLOOK AVENUE  
      LITTLE FALLS, NJ  07424  

Atty:  LEONARD S. SINGER, ESQ.  
       ZAZELLA & SINGER  
       195 ROUTE 46 WEST  
       SUITE 3  
       TOTOWA, NJ  07512  

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $31,654.20**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/27/2019 | $525.00 | 5651974000 | 03/27/2019 | $525.00 | 5731273000 |
| 04/25/2019 | $527.57 | 5806426000 | 05/28/2019 | $527.57 | 5890457000 |
| 05/28/2019 | $527.57 | 5890457000 | 05/28/2019 | ($527.57) | 5890457000 |
| 07/01/2019 | $527.57 | 5976499000 | 07/29/2019 | $527.57 | 6047499000 |
| 08/26/2019 | $527.57 | 6120359000 | 09/27/2019 | $527.57 | 6204637000 |
| 10/30/2019 | $527.57 | 6286887000 | 12/02/2019 | $527.57 | 6367589000 |
| 12/30/2019 | $527.57 | 6437459000 | 01/28/2020 | $527.57 | 6511524000 |
| 02/27/2020 | $527.57 | 6588693000 | 03/31/2020 | $527.57 | 6673467000 |
| 05/01/2020 | $527.57 | 6749529000 | 06/01/2020 | $527.57 | 6828616000 |
| 06/29/2020 | $527.57 | 6895120000 | 07/30/2020 | $527.57 | 6973481000 |
| 08/27/2020 | $527.57 | 7038625000 | 10/02/2020 | $527.57 | 7130214000 |
| 11/02/2020 | $527.57 | 7200890000 | 11/30/2020 | $527.57 | 7266936000 |
| 12/30/2020 | $527.57 | 7338833000 | 01/29/2021 | $527.57 | 7412056000 |
| 03/01/2021 | $527.57 | 7490944000 | 03/29/2021 | $527.57 | 7558151000 |
| 04/30/2021 | $527.57 | 7633625000 | 06/02/2021 | $527.57 | 7707250000 |
| 06/28/2021 | $527.57 | 7766694000 | 07/28/2021 | $527.57 | 7837896000 |
| 08/31/2021 | $527.57 | 7913410000 | 10/04/2021 | $527.57 | 7985796000 |
| 11/01/2021 | $527.57 | 8048146000 | 11/29/2021 | $527.57 | 8110614000 |
| 12/30/2021 | $527.57 | 8175588000 | 01/31/2022 | $527.57 | 8243615000 |
| 02/25/2022 | $527.57 | 8297104000 | 04/01/2022 | $527.57 | 8375372000 |
| 05/02/2022 | $527.57 | 8435960000 | 05/27/2022 | $527.57 | 8489253000 |
| 06/28/2022 | $527.57 | 8553379000 | 07/29/2022 | $527.57 | 8613621000 |
| 08/29/2022 | $527.57 | 8672606000 | 10/03/2022 | $527.57 | 8740561000 |
| 10/27/2022 | $527.57 | 8789154000 | 11/28/2022 | $527.57 | 8848038000 |
| 12/27/2022 | $527.57 | 8899206000 | 01/27/2023 | $527.57 | 8960521000 |
| 02/24/2023 | $527.57 | 9014151000 | 04/03/2023 | $527.57 | 9085734000 |
| 05/01/2023 | $527.57 | 9137621000 | 05/31/2023 | $527.57 | 9193422000 |
| 06/29/2023 | $527.57 | 9245732000 | 07/27/2023 | $527.57 | 9294304000 |

**Chapter 13 Case # 19-12542**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/25/2023 | $527.57 | 9344241000 | 10/02/2023 | $527.57 | 9406641000 |
| 10/25/2023 | $527.57 | 9447521000 | 11/27/2023 | $527.57 | 9499526000 |
| 12/26/2023 | $527.57 | 9547786000 | 01/17/2024 | $527.57 | 9586315000 |
| 01/18/2024 | $5.14 | 9588429000 | | | |

**Total Receipts: $31,654.20  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $31,654.20**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,856.09 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,539.74 | * | 689.22 | |
| 0002 | BANK OF AMERICA | UNSECURED | 36,180.79 | * | 9,818.57 | |
| 0003 | BERRY OWENS CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BRENDAN P. SULLIVAN MD FACC LL | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 18,413.85 | * | 4,997.07 | |
| 0006 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 3,336.79 | 100.00% | 3,336.79 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 420.39 | * | 111.74 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 20,159.03 | * | 5,470.66 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 397.79 | * | 105.73 | |
| 0010 | GC SERVICES LIMITED PARTNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 6,923.12 | * | 1,878.76 | |
| 0013 | NORTH JERSEY PATHOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | ST JOSEPHS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,760.91 | * | 477.86 | |
| 0016 | SYNCHRONY BANK/ CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 54.70 | * | 10.19 | |
| 0018 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0021 | Wells Fargo Bank, N.A | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0022 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARRE | 1,840.86 | 100.00% | 1,840.86 | |
| 0023 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0024 | CITIBANK NA | UNSECURED | 280.01 | * | 72.87 | |

**Total Paid: $30,666.41**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 12/21/2020 | $206.96 | 861395 | | 01/11/2021 | $14.22 | 863194 |
| | 02/22/2021 | $14.22 | 864852 | | 03/15/2021 | $14.22 | 866725 |
| | 04/19/2021 | $14.22 | 868385 | | 04/19/2021 | ($14.22) | 868385 |
| | 04/19/2021 | $14.22 | 869690 | | 05/17/2021 | $14.23 | 870296 |
| | 06/21/2021 | $14.22 | 872097 | | 07/19/2021 | $14.46 | 873902 |
| | 08/16/2021 | $14.47 | 875586 | | 09/20/2021 | $14.45 | 877315 |
| | 10/18/2021 | $14.46 | 879092 | | 11/17/2021 | $14.61 | 880803 |
| | 04/18/2022 | $19.38 | 889191 | | 05/16/2022 | $14.86 | 890904 |
| | 06/20/2022 | $14.84 | 892588 | | 07/18/2022 | $14.82 | 894320 |
| | 08/15/2022 | $14.84 | 895883 | | 09/19/2022 | $14.84 | 897486 |
| | 10/17/2022 | $14.84 | 899159 | | 11/14/2022 | $14.53 | 900736 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/12/2022 | $14.55 | 902291 | | 01/09/2023 | $14.51 | 903778 |
| | 02/13/2023 | $14.53 | 905299 | | 03/13/2023 | $14.54 | 906913 |
| | 04/17/2023 | $14.53 | 908498 | | 05/15/2023 | $14.53 | 910130 |
| | 06/12/2023 | $14.40 | 911592 | | 07/17/2023 | $14.38 | 913105 |
| | 08/14/2023 | $14.36 | 914621 | | 09/18/2023 | $14.39 | 916122 |
| | 10/16/2023 | $14.36 | 917615 | | 11/13/2023 | $14.15 | 919045 |
| | 12/11/2023 | $14.15 | 920467 | | 01/08/2024 | $14.15 | 921854 |
| BANK OF AMERICA | | | | | | | |
| | 12/21/2020 | $2,948.29 | 861428 | | 01/11/2021 | $202.65 | 863225 |
| | 02/22/2021 | $202.65 | 864890 | | 03/15/2021 | $202.64 | 866760 |
| | 04/19/2021 | $202.64 | 868422 | | 05/17/2021 | $202.65 | 870330 |
| | 06/21/2021 | $202.64 | 872131 | | 07/19/2021 | $205.93 | 873935 |
| | 08/16/2021 | $205.93 | 875618 | | 09/20/2021 | $205.90 | 877345 |
| | 10/18/2021 | $205.93 | 879122 | | 11/17/2021 | $208.12 | 880833 |
| | 03/14/2022 | $68.06 | 887520 | | 04/18/2022 | $208.14 | 889221 |
| | 05/16/2022 | $211.37 | 890932 | | 06/20/2022 | $211.40 | 892618 |
| | 07/18/2022 | $211.46 | 894348 | | 08/15/2022 | $211.41 | 895916 |
| | 09/19/2022 | $211.38 | 897514 | | 10/17/2022 | $211.42 | 899189 |
| | 11/14/2022 | $207.02 | 900765 | | 12/12/2022 | $207.00 | 902317 |
| | 01/09/2023 | $207.04 | 903807 | | 02/13/2023 | $207.02 | 905330 |
| | 03/13/2023 | $207.02 | 906948 | | 04/17/2023 | $207.03 | 908529 |
| | 05/15/2023 | $207.03 | 910154 | | 06/12/2023 | $204.82 | 911619 |
| | 07/17/2023 | $204.83 | 913135 | | 08/14/2023 | $204.85 | 914652 |
| | 09/18/2023 | $204.84 | 916149 | | 10/16/2023 | $204.83 | 917640 |
| | 11/13/2023 | $201.54 | 919074 | | 12/11/2023 | $201.54 | 920497 |
| | 01/08/2024 | $201.55 | 921880 | | | | |
| CITIBANK NA | | | | | | | |
| | 12/21/2020 | $22.82 | 861180 | | 04/19/2021 | $6.27 | 868138 |
| | 08/16/2021 | $6.32 | 875364 | | 03/14/2022 | $5.33 | 887256 |
| | 07/18/2022 | $6.51 | 894077 | | 11/14/2022 | $6.52 | 900469 |
| | 03/13/2023 | $6.41 | 906652 | | 07/17/2023 | $6.38 | 912838 |
| | 11/13/2023 | $6.31 | 918782 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 12/21/2020 | $3,336.79 | 861734 | | | | |

**Chapter 13 Case # 19-12542**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 12/21/2020 | $1,642.72 | 861781 | | 12/21/2020 | $564.15 | 861781 |
| | 01/11/2021 | $38.77 | 863538 | | 01/11/2021 | $112.90 | 863538 |
| | 02/22/2021 | $112.91 | 865282 | | 02/22/2021 | $38.78 | 865282 |
| | 03/15/2021 | $38.78 | 867079 | | 03/15/2021 | $112.91 | 867079 |
| | 04/19/2021 | $112.90 | 868810 | | 04/19/2021 | ($112.90) | 868810 |
| | 04/19/2021 | $112.90 | 869686 | | 04/19/2021 | $38.77 | 868810 |
| | 04/19/2021 | ($38.77) | 868810 | | 04/19/2021 | $38.77 | 869686 |
| | 05/17/2021 | $38.78 | 870698 | | 05/17/2021 | $112.91 | 870698 |
| | 06/21/2021 | $112.91 | 872502 | | 06/21/2021 | $38.78 | 872502 |
| | 07/19/2021 | $39.40 | 874279 | | 07/19/2021 | $114.74 | 874279 |
| | 08/16/2021 | $114.74 | 875972 | | 08/16/2021 | $39.37 | 875972 |
| | 09/20/2021 | $39.46 | 877723 | | 09/20/2021 | $114.72 | 877723 |
| | 10/18/2021 | $114.74 | 879469 | | 10/18/2021 | $39.40 | 879469 |
| | 11/17/2021 | $39.82 | 881183 | | 11/17/2021 | $115.96 | 881183 |
| | 03/14/2022 | $37.92 | 887861 | | 03/14/2022 | $13.02 | 887861 |
| | 04/18/2022 | $39.78 | 889598 | | 04/18/2022 | $115.98 | 889598 |
| | 05/16/2022 | $117.77 | 891284 | | 05/16/2022 | $40.51 | 891284 |
| | 06/20/2022 | $40.45 | 892985 | | 06/20/2022 | $117.79 | 892985 |
| | 07/18/2022 | $117.81 | 894664 | | 07/18/2022 | $40.39 | 894664 |
| | 08/15/2022 | $40.45 | 896252 | | 08/15/2022 | $117.79 | 896252 |
| | 09/19/2022 | $117.77 | 897863 | | 09/19/2022 | $40.51 | 897863 |
| | 10/17/2022 | $40.43 | 899514 | | 10/17/2022 | $117.81 | 899514 |
| | 11/14/2022 | $115.35 | 901082 | | 11/14/2022 | $39.61 | 901082 |
| | 12/12/2022 | $39.65 | 902629 | | 12/12/2022 | $115.33 | 902629 |
| | 01/09/2023 | $115.36 | 904128 | | 01/09/2023 | $39.59 | 904128 |
| | 02/13/2023 | $39.61 | 905669 | | 02/13/2023 | $115.35 | 905669 |
| | 03/13/2023 | $115.34 | 907272 | | 03/13/2023 | $39.61 | 907272 |
| | 04/17/2023 | $39.61 | 908885 | | 04/17/2023 | $115.35 | 908885 |
| | 05/15/2023 | $115.35 | 910467 | | 05/15/2023 | $39.62 | 910467 |
| | 06/12/2023 | $39.19 | 911947 | | 06/12/2023 | $114.12 | 911947 |
| | 07/17/2023 | $114.13 | 913469 | | 07/17/2023 | $39.19 | 913469 |
| | 08/14/2023 | $39.19 | 914984 | | 08/14/2023 | $114.13 | 914984 |
| | 09/18/2023 | $114.14 | 916481 | | 09/18/2023 | $39.20 | 916481 |
| | 10/16/2023 | $39.20 | 917954 | | 10/16/2023 | $114.13 | 917954 |
| | 11/13/2023 | $112.29 | 919401 | | 11/13/2023 | $38.56 | 919401 |
| | 12/11/2023 | $38.56 | 920797 | | 12/11/2023 | $112.30 | 920797 |
| | 01/08/2024 | $112.29 | 922185 | | 01/08/2024 | $38.57 | 922185 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 12/21/2020 | $143.49 | 8001947 | | 12/21/2020 | $1,500.50 | 8001947 |
| | 12/21/2020 | $32.42 | 8001947 | | 12/21/2020 | $34.26 | 8001947 |
| | 01/11/2021 | $103.14 | 8002011 | | 01/11/2021 | $9.86 | 8002011 |
| | 02/22/2021 | $9.86 | 8002065 | | 02/22/2021 | $103.13 | 8002065 |
| | 02/22/2021 | $5.07 | 8002065 | | 03/15/2021 | $7.06 | 8002123 |
| | 03/15/2021 | $6.68 | 8002123 | | 03/15/2021 | $103.13 | 8002123 |
| | 03/15/2021 | $9.86 | 8002123 | | 04/19/2021 | $9.87 | 8002171 |
| | 04/19/2021 | $103.13 | 8002171 | | 05/17/2021 | $103.13 | 8002234 |
| | 05/17/2021 | $9.86 | 8002234 | | 06/21/2021 | $9.86 | 8002277 |
| | 06/21/2021 | $103.13 | 8002277 | | 06/21/2021 | $6.68 | 8002277 |
| | 06/21/2021 | $7.06 | 8002277 | | 07/19/2021 | $104.81 | 8002330 |
| | 07/19/2021 | $10.02 | 8002330 | | 08/16/2021 | $10.03 | 8002383 |
| | 08/16/2021 | $104.82 | 8002383 | | 09/20/2021 | $104.79 | 8002432 |
| | 09/20/2021 | $10.03 | 8002432 | | 09/20/2021 | $7.18 | 8002432 |
| | 09/20/2021 | $6.79 | 8002432 | | 10/18/2021 | $10.02 | 8002481 |
| | 10/18/2021 | $104.81 | 8002481 | | 11/17/2021 | $105.92 | 8002529 |
| | 11/17/2021 | $10.13 | 8002529 | | 03/14/2022 | $34.64 | 8002741 |
| | 03/14/2022 | $5.31 | 8002741 | | 03/14/2022 | $5.60 | 8002741 |
| | 04/18/2022 | $105.93 | 8002785 | | 04/18/2022 | $13.44 | 8002785 |
| | 05/16/2022 | $10.29 | 8002843 | | 05/16/2022 | $107.58 | 8002843 |
| | 06/20/2022 | $107.59 | 8002892 | | 06/20/2022 | $10.29 | 8002892 |
| | 06/20/2022 | $7.34 | 8002892 | | 06/20/2022 | $6.93 | 8002892 |
| | 07/18/2022 | $10.28 | 8002950 | | 07/18/2022 | $107.61 | 8002950 |
| | 08/15/2022 | $107.60 | 8002997 | | 08/15/2022 | $10.29 | 8002997 |
| | 09/19/2022 | $10.30 | 8003048 | | 09/19/2022 | $107.58 | 8003048 |
| | 09/19/2022 | $6.97 | 8003048 | | 09/19/2022 | $7.37 | 8003048 |
| | 10/17/2022 | $5.12 | 8003103 | | 10/17/2022 | $107.59 | 8003103 |
| | 10/17/2022 | $10.28 | 8003103 | | 11/14/2022 | $10.08 | 8003148 |
| | 11/14/2022 | $105.36 | 8003148 | | 12/12/2022 | $105.35 | 8003201 |
| | 12/12/2022 | $10.07 | 8003201 | | 12/12/2022 | $7.27 | 8003201 |
| | 12/12/2022 | $6.89 | 8003201 | | 01/09/2023 | $10.09 | 8003257 |
| | 01/09/2023 | $105.38 | 8003257 | | 02/13/2023 | $105.36 | 8003309 |
| | 02/13/2023 | $10.08 | 8003309 | | 03/13/2023 | $10.06 | 8003367 |
| | 03/13/2023 | $105.37 | 8003367 | | 03/13/2023 | $6.82 | 8003367 |
| | 03/13/2023 | $7.21 | 8003367 | | 04/17/2023 | $105.35 | 8003414 |
| | 04/17/2023 | $10.07 | 8003414 | | 05/15/2023 | $10.08 | 8003472 |
| | 05/15/2023 | $105.37 | 8003472 | | 06/12/2023 | $104.24 | 8003529 |
| | 06/12/2023 | $9.98 | 8003529 | | 06/12/2023 | $7.19 | 8003529 |
| | 06/12/2023 | $6.80 | 8003529 | | 07/17/2023 | $9.97 | 8003582 |
| | 07/17/2023 | $104.25 | 8003582 | | 08/14/2023 | $104.26 | 8003637 |
| | 08/14/2023 | $9.97 | 8003637 | | 09/18/2023 | $9.95 | 8003690 |
| | 09/18/2023 | $104.24 | 8003690 | | 09/18/2023 | $6.76 | 8003690 |
| | 09/18/2023 | $7.14 | 8003690 | | 10/16/2023 | $104.25 | 8003749 |
| | 10/16/2023 | $9.98 | 8003749 | | 11/13/2023 | $9.81 | 8003806 |
| | 11/13/2023 | $102.57 | 8003806 | | 12/11/2023 | $102.58 | 8003859 |
| | 12/11/2023 | $9.81 | 8003859 | | 12/11/2023 | $7.06 | 8003859 |
| | 12/11/2023 | $6.68 | 8003859 | | 01/08/2024 | $9.80 | 8003906 |
| | 01/08/2024 | $102.58 | 8003906 | | | | |
| WELLS FARGO OPERATIONS CENTER | | | | | | | |
| | 12/13/2021 | $518.15 | 883490 | | 01/10/2022 | $501.19 | 885137 |
| | 02/14/2022 | $501.19 | 886876 | | 03/14/2022 | $320.33 | 888538 |

**Chapter 13 Case # 19-12542**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 07, 2024.

Receipts: $31,654.20    -    Paid to Claims: $28,810.32    -    Admin Costs Paid: $1,856.09    =    Funds on Hand: $987.79

Base Plan Amount: $31,654.20    -    Receipts: $31,654.20    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.