Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–12542–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Marc Robert Hueck | Caresse Patty Ann Hueck |
| 38 Overlook Avenue | 38 Overlook Avenue |
| Little Falls, NJ 07424 | Little Falls, NJ 07424 |

Social Security No.:
xxx–xx–0002                                                                 xxx–xx–1338

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Marc Robert Hueck and Caresse Patty Ann Hueck</u>
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 23, 2024
JAN: dlr

<u>Jeanne Naughton, Clerk</u>