Certificate Number: 17082-NJ-DE-038366364

Bankruptcy Case Number: 19-12542



17082-NJ-DE-038366364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 10, 2024</u>, at <u>12:04</u> o'clock <u>PM MST</u>, <u>CARESSE P HUECK</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  April 10, 2024              By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director