Certificate Number: 17082-NJ-DE-038366364

Bankruptcy Case Number: 19-12542



17082-NJ-DE-038366364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2024, at 12:04 o'clock PM MST, CARESSE P HUECK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 10, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director